M. P. No. 79-510. FRANK NEWMAN *et al. v.* PATRICK T. BOYLE *et al.* The order granting the request for permanent injunction is an appealable order and petitioners have appropriately filed a notice of appeal.

Therefore, the petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Letts, Quinn & Licht, Daniel J. Murray, Joseph DeAngelis, Nicholas Trott Long,* for petitioners, *DeSimone & DelSesto Law Corporation, Herbert F. DeSimone, Gerard McG. DeCelles,* for respondents.

January 24, 1980.

M. P. No. 79-485. HARRY DOUGLAS PETTIS *v.* WILLIAM E. REIS *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Pettis, Healy & Jones, Bernard Healy,* for petitioner, *Rice, Dolan, Kiernan & Kershaw, Thomas C. Plunkett, Leonard A. Kiernan, Jr.,* for Continental Casualty Company.

M. P. No. 79-523. STATE *v.* TIMOTHY HASLAM *et al.* The petition for writ of certiorari is denied.

Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attorney General, for plaintiff-respondent, *Aram K. Berberian,* for defendants-petitioners.

C. A. No. 77-454. STATE *v.* GEORGE F. NEARY *et al.* The defendants' petition to reargue is denied.

Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Melanie Wilk Spencer,* Special Assistant Attorney General, for plaintiff, *Barbara Hurst, Dale G. Anderson, Janice M. Weisfeld,* Assistant Public Defenders, for defendant.

Appeal No. 79-443. JOHN MARSDEN *v.* PEERLESS INSURANCE COMPANY. The defendant's motion to dismiss this appeal as premature is granted.